# United States District Court
## Violation Notice
(Rev.1/2019)

| Location Code | Violation Number | Officer Name | Officer No. |
|---|---|---|---|
| A51 | FARK00BV | Whitehair | 1692 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense | Offense Charged | CFR ☐ USC ☐ STATE CODE ☐ |
|---|---|---|
| 07/19/2025 14:21 | FED 36 CFR 261.10B | |

**Place of Offense:** FS 535

**Offense Description: Factual Basis for Charge** — HAZMAT ☐
36 CFR 261.10B - TAKING POSSESSION
USING NATIONAL FOREST SYSTEM LANDS FOR RESIDENTIAL PURPOSES WITHOUT AUTHORIZATION

### DEFENDANT INFORMATION
Phone:

| Last Name | First Name | M.I. |
|---|---|---|
| VADOVICH | JONNY | RUDOLPH |

Street Address:

| City | State | Zip Code | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|
| PHOENIX | AZ | 85032 | 1979 |

Drivers License No.: | CDL ☐ | D.L. State: | Social Security No.:

☒ Adult ☐ Juvenile   Sex ☒ M ☐ F

| Hair | Eyes | Height | Weight |
|---|---|---|---|
| Brown | Hazel | 6' 5" | 250 |

### VEHICLE
VIN:   CMV ☐

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| | AZ | 2000 | DODGE RAM 1500 | | BLACK |

APPEARANCE IS REQUIRED     APPEARANCE IS OPTIONAL

A ☒ If Box A is checked, you must appear in court. See instructions.
B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

Forfeiture Amount:
$30 Processing Fee
Total Collateral Due

PAY THIS AMOUNT AT
www.cvb.uscourts.gov

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: 123 N. San Francisco St. Flagstaff Arizona 86001
Date (mm/dd/yyyy):
Time (hh:mm):

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature

Officer's Copy (Pink)

---

### STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 07/19/2025 while exercising my duties as a law enforcement officer in the District of AZ

Pursuant to 16USC 551: while exercising my duties as a Law Enforcement Officer in the Federal District of Arizona while responding to a domestic violence (DV) call I located the male suspect from DV call on U.S. Highway 89A. The DV location was on Forest Service (FS) road 535 in the Flagstaff Ranger District Coconino National Forest (NF). I initiated a traffic stop on a black 2000 Dodge truck that was described as leaving the scene and identified the driver as JONNY RUDOLPH VADOVICH by his Arizona identification card. I detained VADOVICH for Coconino County Sheriff Office (CCSO) deputy for the DV investigation. CCSO deputy #83 ORTIZ arrived on scene and received a DPS warrant return for VADOVICH. VADOVICH was taken into custody by CCSO ORTIZ. Before VADOVICH was transferred to CCSO jail I advised VADOVICH that after his State warrant is resolved he would be retained in jail on a federal hold for using the NF Lands for residential purposes without authorization (36 CFR 261.10B). During the traffic stop I recognized VADOVICH and the truck from a contact on FS road 535 on June 17 2025 regarding an illegal fire. A female identified as AMBER LYNN BURROS and a small boy were also present during the contact. I contacted VADOVICH and BURROS because on June 7th I responded to an illegal fire at VADOVICH/BURROS' unoccupied campsite. At the campsite there was scattered litter and a campfire still hot and smoldering so a fire engine was called to the scene to extinguish the fire. The Coconino Forest was then in Stage 1 fire restrictions. On June 17th I returned to the same campsite and contacted VADOVICH and BURROS regarding the illegal fire. During the contact VADOVICH stated "No" when asked if they had a residence in town and "Yes" when asked if the broke down Tioga RV in the campsite was their home. On that day I advised VADOVICH and BURROS that it is prohibited to reside on the National Forest. VADOVICH and BURROS stated they would be leaving for Williams Arizona where they can acquire some property. I issued a warning to VADOVICH and BURROS for the illegal fire residing on NF Lands without authorization and possessing litter. I provided some garbage bags to BURROS to clean the campsite before leaving. On today's date I learned that VADOVICH and BURROS were still camped in the same location since June 7th and have made no attempts to stop using the National Forest for residential purposes without authorization and still had litter scattered in their campsite. For using National Forest System Lands for residential purposes without authorization (36 CFR 261.10B) JONNY RUDOLPH VADOVICH will be on Federal hold for Forest Service custody. VADOVICH was transported to CCSO detention center in Flagstaff by CCSO deputy ORTIZ.

The foregoing statement is based upon:

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 07/19/2025    [signature] Officer's Signature

☒ Probable cause has been stated for the issuance of a warrant.

Executed on: *Camille D. Bibles*  Digitally signed by Camille D. Bibles
Date: 2025.07.21 19:24:45 -07'00'
U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger
CDL = Commercial drivers license;  CMV = Commercial vehicle involved in incident

---

**2504314-MJ-01-PCT-CDB**

# United States District Court
## Violation Notice (Rev.1/2019)

| Location Code | Violation Number | Officer Name | Officer No. |
|---|---|---|---|
| A51 | FARK00BW | Whitehair | 1692 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

**Date and Time of Offense:** 07/19/2025 14:21
**Offense Charged:** [ ] CFR [ ] USC [ ] STATE CODE — FED 36 CFR 261.11B
**Place of Offense:** FS 535
**Offense Description: Factual Basis for Charge** — HAZMAT [ ]
36 CFR 261.11B - UNSANITARY CONDITIONS
Possessing or leaving litter or refuse in exposed or unsanitary condition.

### DEFENDANT INFORMATION

Phone:

| Last Name | First Name | M.I. |
|---|---|---|
| VADOVICH | JONNY | RUDOLPH |

Street Address:

| City | State | Zip Code | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|
| PHOENIX | AZ | 85032 | 1979 |

Drivers License No.:   CDL [ ]   D.L. State:   Social Security No.:

[X] Adult [ ] Juvenile   Sex [X] M [ ] F

| Hair | Eyes | Height | Weight |
|---|---|---|---|
| Brown | Hazel | 6' 5" | 250 |

### VEHICLE

VIN:   CMV [ ]

| Tag No. | State | Year | Make/Model | PASS [ ] | Color |
|---|---|---|---|---|---|
|  | AZ | 2000 | DODGE RAM 1500 |  | BLACK |

APPEARANCE IS REQUIRED — APPEARANCE IS OPTIONAL

A [X] If Box A is checked, you must appear in court. See instructions.
B [ ] If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

Forfeiture Amount:
$30 Processing Fee
Total Collateral Due:

**PAY THIS AMOUNT AT** www.cvb.uscourts.gov

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

**Court Address:** 123 N. San Francisco St. Flagstaff Arizona 86001
Date (mm/dd/yyyy):
Time (hh:mm):

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature

Officer's Copy (Pink)

---

### STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 07/19/2025 while exercising my duties as a law enforcement officer in the District of AZ

Pursuant to 16USC 551: while responding to a domestic violence (DV) call I located the male suspect from DV call on U.S. Highway 89A. The DV location was on Forest Service (FS) road 535 in the Flagstaff Ranger District Coconino National Forest (NF). I initiated a traffic stop on a black 2000 Dodge truck that was described as leaving the scene and identified the driver as JONNY RUDOLPH VADOVICH by his Arizona identification card. I detained VADOVICH for Coconino County Sheriff Office (CCSO) deputy for the DV investigation. CCSO deputy #83 ORTIZ arrived on scene and received a DPS warrant return for VADOVICH. VADOVICH was taken into custody by CCSO ORTIZ. Before VADOVICH was transferred to CCSO jail I advised VADOVICH that after his State warrant is resolved he would be retained in jail on a federal hold for possessing or leaving litter in exposed or unsanitary condition (36 CFR 261.11B). During the traffic stop I recognized VADOVICH and the truck from a contact on FS road 535 on June 17 2025 regarding an illegal fire. A female identified as AMBER LYNN BURROS and a small boy were also present during the contact. I contacted VADOVICH and BURROS because on June 7th I responded to an illegal fire at VADOVICH/BURROS' unoccupied campsite. At the campsite there was scattered litter and a campfire still hot and smoldering so a fire engine was called to the scene to extinguish the fire. The Coconino Forest was then in Stage 1 fire restrictions. On June 17th I returned to the same campsite and contacted VADOVICH and BURROS regarding the illegal fire. During the contact VADOVICH/BURROS' campsite still had litter scattered around their campsite. VADOVICH/BURROS have been using this site on the Forest as a residence since my first visit on June 7th and every time I visited the campsite it has been littered with trash. On June 17th I provided garbage bags to VADOVICH/BURROS to clean up the campsite and issued a warning to VADOVICH and BURROS for the illegal fire residing on NF Lands without authorization and possessing litter. When I returned on today's date VADOVICH/BURROS were still occupying the same campsite and still littered with trash in and around the campsite. There were empty food containers water bottles clothing plastic bags scattered in the campsite. The fire pit was littered with hundreds of cigarette butts. The site appeared as if VADOVICH/BURROS may no attempts to clean their campsite of the litter. For possessing or leaving litter or refuse in exposed or unsanitary condition (36 CFR 261.11B) JONNY RUDOLPH VADOVICH will be on Federal hold for Forest Service custody. VADOVICH was transported to CCSO detention center in Flagstaff by CCSO deputy ORTIZ.

The foregoing statement is based upon:

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 07/19/2025    *Pfc. K. Whitehair* (Officer's Signature)

[X] Probable cause has been stated for the issuance of a warrant.

Executed on: *Camille D. Bibles* — Digitally signed by Camille D. Bibles Date: 2025.07.21 19:25:39 -07'00'
U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger
CDL = Commercial drivers license;   CMV = Commercial vehicle involved in incident

# United States District Court
## Violation Notice (Rev.1/2019)

| Location Code | Violation Number | Officer Name | Officer No. |
|---|---|---|---|
| A51 | FARK00BX | Whitehair | 1692 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense | Offense Charged ☐ CFR ☐ USC ☐ STATE CODE |
|---|---|
| 07/19/2025 14:21 | FED 36 CFR 261.4B |

Place of Offense: FS 535

Offense Description: Factual Basis for Charge    HAZMAT ☐

36 CFR 261.4B - OBSCENE OR THREATENING UTTERANCES OR ACTS
Making an utterance or performing an act that is obscene or threatening or that is made or performed in a manner that is likely to inflict injury or incite an immediate breach of the peace.

### DEFENDANT INFORMATION
Phone:

| Last Name | First Name | M.I. |
|---|---|---|
| VADOVICH | JONNY | RUDOLPH |

Street Address:

| City | State | Zip Code | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|
| PHOENIX | AZ | 85032 | 79 |

| Drivers License No. | CDL ☐ | D.L. State | Social Security No. |
|---|---|---|---|
|  |  |  | 7 |

☒ Adult ☐ Juvenile   Sex ☒ M ☐ F

| Hair | Eyes | Height | Weight |
|---|---|---|---|
| Brown | Hazel | 6' 5" | 250 |

### VEHICLE
VIN:    CMV ☐

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
|  | AZ | 2000 | DODGE RAM 1500 |  | BLACK |

APPEARANCE IS REQUIRED / APPEARANCE IS OPTIONAL

A ☒ If Box A is checked, you must appear in court. See instructions.
B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

Forfeiture Amount
$30 Processing Fee
Total Collateral Due

PAY THIS AMOUNT AT www.cvb.uscourts.gov

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: 123 N. San Francisco St. Flagstaff Arizona 86001

Date (mm/dd/yyyy):
Time (hh:mm):

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature

Officer's Copy (Pink)

---

### STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 07/19/2025 while exercising my duties as a law enforcement officer in the _____ District of AZ

Pursuant to 16USC 551: while exercising my duties as a Law Enforcement Officer in the Federal District of Arizona while responding to a domestic violence (DV) call I located the male suspect from DV call on U.S. Highway 89A. The DV location was on Forest Service (FS) road 535 in the Flagstaff Ranger District Coconino National Forest (NF). I initiated a traffic stop on a black 2000 Dodge truck that was described as leaving the scene and identified the driver as JONNY RUDOLPH VADOVICH by his Arizona identification card. I detained VADOVICH for Coconino County Sheriff Office (CCSO) deputy for the DV investigation. CCSO deputy ORTIZ arrived on scene and received a DPS warrant return for VADOVICH. VADOVICH was taken into custody by CCSO ORTIZ. Before VADOVICH was transferred to CCSO jail I advised VADOVICH that after his State warrant is resolved he would be retained in jail on a federal hold for inciting an immediate breach of the peace (36 CFR 261.4B). VADOVICH and his female partner identified as AMBER LYNN BURROS have been camped on FS road 535 since June 7 2025 I've visited the campsite for an illegal fire during Stage 1 fire restrictions and issued warnings for the same including residing on National Forest System Lands without authorization and littering. On today's date I learned that VADOVICH and BURROS were still camped in the same location since June 7th and had a loud verbal altercation at the campsite causing nearby campers to call the CCSO dispatch to report domestic violence in progress. Reporting parties reported very loud cursing and slamming of doors until the male VADOVICH left the scene. VADOVICH later returned to the scene and the loud cursing and slamming of doors continued causing more calls from neighboring campsites to call CCSO dispatch. One reporting party stated there was an object seen and heard being thrown. FS Law Enforcement Officers and CCSO deputies responded to the scene and attempted to locate VADOVICH who left the scene a second time for investigation. FS Road 535 is a very popular camping corridor with every possible camping spot occupied by large family camps on any given weekend during the summer. There were two campsites within 100 feet of VADOVICH/BURROS' campsite when the altercation occurred. For making an utterance or performing an act that is obscene or that is made or performed in a manner that is likely to inflict injury or incite an immediate breach of the peace (36 CFR 261.4B) JONNY RUDOLPH VADOVICH will be on Federal hold for Forest Service custody. VADOVICH was transported to CCSO detention center in Flagstaff by CCSO deputy ORTIZ.

The foregoing statement is based upon:

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 07/19/2025    Officer's Signature

☒ Probable cause has been stated for the issuance of a warrant.

Executed on: Camille D. Bibles
Digitally signed by Camille D. Bibles
Date: 2025.07.21 19:23:59 -07'00'

Date (mm/dd/yyyy)    U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger
CDL = Commercial drivers license;    CMV = Commercial vehicle involved in incident